# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIS BAIRD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 14-1288-SCW |
| BRYAN PERDUE, J. KEENER, STEPHEN B. DUNCAN, MARTIN BUCHNER, ERIC HARGETT, NATHAN WHEELER, ELDON COOPER, UNKNOWN PARTY, John Doe 1, 2, 3 and 4, | ) ) ) ) ) |
| Defendant(s). | |

## JUDGMENT IN A CIVIL CASE

Defendants Nathan Weehler and Eldon Cooper were dismissed without prejudice on November 25, 2014 by an Order entered by Chief Judge Michael J. Reagan (Doc. 4).

Defendants Unknown Party, John Doe 1, 2, 3 and 4 were dismissed on May 9, 2017 by an Order entered by Chief Judge Michael J. Reagan (Doc. 63).

Defendant Stephen B. Duncan was granted summary judgment on May 24, 2017 by an Order entered by Chief Judge Michael J. Reagan (Doc. 68).

THEREFORE, judgment is entered in favor of Defendants S**TEPHEN DUNCAN** and **UNKNOWN PARTY**, John Doe 1, 2, 3 and 4 and against Plaintiff **WILLIS BAIRD**. All remaining issues s are dismissed in accordance with Order entered on October 2, 2017 by Magistrate Judge Stephen C. Williams (Doc. 81) and Defendants' Notice of Compliance With This Court's March 23, 2018 Text Order (Doc.93).

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under

Rule 59 cannot be extended by the Court.     The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.     This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 8th day of November, 2018

**MARGARET M. ROBERTIE, CLERK**

**BY: */s/ Angela Vehlewald*
Deputy Clerk**

**Approved by  */s/ Stephen C. Williams*
United States Magistrate Judge
Stephen C. Williams**